134 A.3d 448

The **BELGRAVIA CONDOMINIUM ASSOCIATION**

v.

**1811 BELGRAVIA ASSOCIATES.**

**Petition of O'Donnell & Naccarato, Inc.**

Supreme Court of Pennsylvania.

April 12, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of April, 2016, the Petition for Allowance of Appeal and Application to Correct/Modify the Record are **DENIED.**